ELLIS R. WILLIAMS, Respondent, *v.* THE DELAWARE, LACKA-
WANNA AND WESTERN RAILROAD COMPANY, Appellant.

*Williams* v. *Delaware, L. & W. R. R. Co.*, 81 App. Div. 444, affirmed.
(Argued January 8, 1904; decided January 26, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
March 18, 1903, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial.

*William Kernan* for appellant.

*P. C. J. De Angelis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CUL-
LEN and WERNER, JJ. Not voting: O'BRIEN, J.

---

MARGARET ROBINSON, Respondent, *v.* SUPREME COMMANDERY,
UNITED ORDER OF THE GOLDEN CROSS OF THE WORLD,
Appellant.

*Robinson* v. *Supreme Commandery*, 77 App. Div. 215, affirmed.
(Submitted January 8, 1904; decided January 26, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 16, 1902, affirming a judgment in favor of plain-
tiff entered upon a verdict directed by the court and an order
denying a motion for a new trial.

*Alfred B. Cruikshank, Henry G. Atwater* and *J. C.
Thomson* for appellant.

*Charles Blandy* and *Edmund L. Mooney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN,
VANN, CULLEN and WERNER, JJ.